IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DARIEN DAMAR CLARK, | * |
| Plaintiff, | * |
| v. | Case No. 5:19-cv-00419-MTT-CHW |
| | * |
| SERGEANT WHITEHEAD, et al., | |
| | * |
| Defendants. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated May 17, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 18th day of May, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk